# Exhibit C to Complaint

| | Customer | 101730 | | | |
|---|---|---|---|---|---|
| | Company Code | 1020 | | | |
| | Name | Pocono ProFoods | | | |
| | City | Stroudsburg | | | |

**Statement of Account**
**April 30, 2021**

| DocumentNo | S | Amt in loc.cur. | RCd | Doc. Date | Net due dt | Arrear | Assignment |
|---|---|---|---|---|---|---|---|
| ☐ 96001485 | | 34,519.95 | | 01/19/2021 | 02/09/2021 | 18 | 613860 |
| ☐ 96003663 | | 13,347.97 | | 01/21/2021 | 02/11/2021 | 16 | 613933 |
| ☐ 96009447 | | 12,684.00 | | 01/28/2021 | 02/18/2021 | 9 | 614146 |
| ☐ 96016387 | | 12,726.00 | | 02/05/2021 | 02/26/2021 | 1 | 614318 |
| ☐ 96020523 | | 35,016.36 | | 02/10/2021 | 03/03/2021 | 4- | 614375 |
| ☐ 96022458 | | 9,151.28 | | 02/12/2021 | 03/05/2021 | 6- | 614458 |
| ☐ 96027256 | | 7,997.78 | | 02/18/2021 | 03/11/2021 | 12- | 614636 |
| * 🔴 | | 125,443.34 | | | | | |
| ** 101730 | | 125,443.34 | | | | | |

```
Customer                       *        Statement of Account
Company Code                   *           April 30, 2021

Name                           *     Case 1:21-cv-01077-RDB   Document 1-4   Filed 05/03/21   Page 3 of 3
City                           *
```

| DocumentNo | S | Amt in loc.cur. | RCd | Doc. Date | Net due dt | Arrear | Assignment |
|---|---|---|---|---|---|---|---|
| *** |  | 125,443.34 |  |  |  |  |  |